UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Barbara Kimble-Parham,

Plaintiff,

v.

Minnesota Mining and Manufacturing, Michael Jozwiakowski, Ken Phares, and Ray Skwierszynski,

Defendants.

Court File No: 00-1242 PAM/AJB

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

---

The parties, through their respective counsel, hereby stipulate that the Pretrial Scheduling Order filed March 14, 2001, shall be amended as follows:

**AMENDED PRETRIAL SCHEDULING ORDER**

Discovery Plan

1. Discovery shall be commenced in time to be completed by November 30, 2001.

Non-Dispositive Motions

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, November 30, 2001.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by January 31, 2002.

ALL OTHER DATES AND PROVISIONS FROM THE MARCH 14, 2001, PRETRIAL SCHEDULING ORDER SHALL REMAIN IN EFFECT.

SEP 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: 9/19/01

COOPER LAW FIRM

By: [signature]
Stephen W. Cooper (#18788)
Kathryn J. Cima (#228059)
800 Ceresota Building
155 Fifth Avenue South
Minneapolis, MN 55401
Telephone: (612) 338-3533

**ATTORNEYS FOR PLAINTIFF**

Date: 9/20/01

OPPENHEIMER WOLFF & DONNELLY LLP

By: [signature]
Kathleen M. Mahoney (#66588)
David Jordan-Huffman (#271676)
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000

**ATTORNEYS FOR DEFENDANTS**

**IT IS SO ORDERED:**

Dated: 9/21/01

BY THE COURT:

By: [signature]
The Honorable Arthur J. Boylan
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500