**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Barbara Kimble-Parham,

Plaintiff,

v.

Minnesota Mining and Manufacturing,
Michael Jozwiakowski, Ken Phares, and
Ray Skwierczynski,

Defendants.

Civil No. 00-1242 (ADM/AJB)

**ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff Barbara Kimble-Parham's, motion to compel production of documents. Hearing was held by telephone on November 6, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul, MN 55101. Plaintiff was represented at hearing by Stephen W. Cooper, Esq. Defendants were represented by Kathleen M. Mahoney, Esq. The Court was advised that the present discovery dispute had been substantially resolved, though dispute remained with respect to particular notes which contained redactions. Plaintiff asserts that the basis for non-disclosure has not been adequately explained in the privilege log and seeks unredacted materials. Defendant contends that material was properly redacted on grounds that it was not relevant, improperly invaded the privacy of persons not involved in the litigation, and/or was protected work product or privileged information. The Magistrate Judge ordered that the documents be submitted to the Court for *in camera* inspection and determination on discoverability. Documents in dispute have now been submitted to the Court for *in camera* review.



FILED NOV 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Based upon the file in this matter, along with arguments of counsel, and review of *in camera* submissions, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to compel discovery of materials submitted for *in camera* review is **granted in part and denied in part** [Docket No. 15]. Required responses shall be provided within five days of the date of this order.

2. Defendants shall produce the following materials:

(A) Notes of Mike Jozwiakowski dated January 16, 1997, located on the page identified by Bates No. 3M 00351;

(B) Notes of Mike Jozwiakowski dated July 17, 1997, located on the page identified by Bates No. 3M 00363, commencing with the line near the page bottom and numbered: 6);

(C) Notes of Mike Jozwiakowski dated April 16, 1998, and April 17, 1998, located on the pages identified by Bates Nos. 3M 00330 through 3M 00334.

Production of remaining redacted materials submitted for *in camera* review by defendants is not required.

3. The Court shall retain copies of the materials submitted for *in camera* inspection for a period of 30 days following the date of this Order on Motion to Compel.

Dated: 11/29/01

Arthur J. Boylan
United States Magistrate Judge