**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Barbara Kimble-Parham,

Plaintiff,

v.

Minnesota Mining and Manufacturing,
Michael Jozwiakowski, Ken Phares, and
Ray Skwierczynski,

Defendants.

Civil No. 00-1242 (ADM/AJB)

**AMENDED**
**ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

This matter is now before the Court, Magistrate Judge Arthur J. Boylan, on defendants' request that the Court reconsider its decision requiring disclosure of particular notes of Mike Jozwiakowski which had been ordered pursuant to Order on Motion to Compel Production of Documents dated November 29, 2001. Plaintiff is represented by Stephen W. Cooper, Esq. Defendants are represented by Kathleen M. Mahoney, Esq. Defendants contend that notes dated April 16, 1998, identified as material contained on Bates numbered page 3M 00330, and described as notes referring to a telephone conversation between Mr. Jozwiakowski and 3M corporate counsel Roxanne Rothschild, is protected by attorney–client privilege and disclosure should not be required.

Upon receipt of additional information regarding the corporate counsel position of Roxanne R., and upon further review of the undisclosed notes dated April 16, 1998, appearing on Bates page number 3M 00330:

**IT IS HEREBY ORDERED THAT** the provision of the Order on Motion to



DEC 0 6 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Compel Production of Documents dated November 29, 2001, requiring disclosure of notes of Mike Jozwiakowski dated April 16, 1998, located on the page identified by Bates No. 3M 00330 is **vacated**. The Court finds that the material under consideration is protected attorney–client communications and disclosure of notes of the conversation involving Roxanne R. is not required.

Dated: 12/5/01

Arthur J. Boylan
United States Magistrate Judge