UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Barbara Kimble-Parham,

Plaintiff,

v.

Minnesota Mining and Manufacturing, Michael Jozwaikowski, Ken Phares, and Ray Skwierszynski,

Defendants.

Court File No.: 00-1242 ADM/AJB

**ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

---

The Pretrial Scheduling Order filed March 14, 2001, and the Amended Pretrial Scheduling Order filed September 21, 2001, shall be amended as follows:

**AMENDED PRETRIAL SCHEDULING ORDER**

1. The deadline for the completion of discovery is January 30, 2002.

2. Defendant's summary judgment papers shall be served by February 15, 2002.

3. Plaintiff is permitted four additional days of depositions. These depositions shall include the following: Katie Allen, Linda Walth, Kathy Bell Haggerty, Ray Skwierszynski, Mike Jozwaikowski, Dave June, and Cheryl Burrell. Defendant is permitted one additional day in which to depose the Plaintiff.

ALL OTHER DATES AND PROVISIONS FROM THE MARCH 14, 2001, AND SEPTEMBER 21, 2001, PRETRIAL SCHEDULING ORDERS SHALL REMAIN IN EFFECT.

**IT IS SO ORDERED:**

Dated: 12/19/01

BY THE COURT:

By: [signature]
The Honorable Arthur J. Boylan
United States Magistrate Judge



FILED DEC 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK ______