UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Barbara Kimble-Parham,

Plaintiff,

v.

Minnesota Mining and Manufacturing, Michael Jozwiakowski, Ken Phares and Ray Skwierszynski,

Defendants.

Court File No.: 00-1242 (PAM/AJB)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

It is hereby acknowledged and stipulated, pursuant to Magistrate Judge Boylands order, that this matter has been resolved.

Thus it is acknowledged that a judgement of dismissal with prejudice may be entered pursuant to this stipulation without further notice or action.

DATED: 2/19/03

THE COOPER LAW FIRM, CHARTERED

By: ______________________

Stephen W. Cooper, Lic. 18788
Stacey R. Everson, Lic. 219277
800 Ceresota Building
155 Fifth Avenue South
Minneapolis, MN 55402
(612) 338-3533

**ATTORNEYS FOR PLAINTIFF**

FILED 2-21-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

LARSON KING, LLP

DATED: 2/19/03

By: ______________________
Kathleen M. Mahoney, Lic. 66588
David M. Wilk, Lic. 222860
Minnesota World Trade Center, Suite 2800
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6500

**ATTORNEYS FOR DEFENDANT**

IT IS SO ORDERED.

DATED: 2/20/03

BY THE COURT:

______________________
The Honorable Ann D. Montgomery
Judge of United States District Court